THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANAPARKER HOWARD, Appellant.

Submitted June 8, 2015; decided June 25, 2015

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAVIER SANCHEZ, Respondent.

Submitted June 15, 2015; decided June 25, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARINO SERRANO, Appellant.

Submitted June 15, 2015; decided June 25, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.